| | |
|---|---|
| 1 | JOSH A. KREVITT (SBN 208552) |
| | jkrevitt@gibsondunn.com |
| 2 | ANDREW ROBB (SBN 291438) |
| | arobb@gibsondunn.com |
| 3 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 310 University Avenue |
| 4 | Palo Alto, CA 94301 |
| | Telephone: 650.849.5300 |
| 5 | Facsimile: 650.849.5333 |
| 6 | CHARLOTTE JACOBSEN (*pro hac vice*) |
| | cjacobsen@gibsondunn.com |
| 7 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 200 Park Avenue |
| 8 | New York, NY 10166-0193 |
| | Telephone: 212.351.3961 |
| 9 | Facsimile: 212.716.0781 |
| 10 | JAYSEN S. CHUNG (SBN 280708) |
| | jschung@gibsondunn.com |
| 11 | **GIBSON, DUNN & CRUTCHER LLP** |
| | One Embarcadero Center, Suite 2600 |
| 12 | San Francisco, CA 94111-3715 |
| | Telephone: 415.393.8200 |
| 13 | Facsimile: 415.393.8306 |
| 14 | *Attorneys for Dental Monitoring SAS* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENTAL MONITORING SAS, | CASE NO. 3:22-cv-07335-WHA |
| Plaintiff, | **PLAINTIFF DENTAL MONITORING SAS's MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIAL SHOULD BE SEALED IN PLAINTIFF'S OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND SUPPORTING EXHIBITS** |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5(f), Dental Monitoring SAS ("DM") moves the Court to consider sealing the portions of Plaintiff's Opening Brief in Support of Motion for Summary Judgment of Infringement that are highlighted in yellow and the following documents in their entirety, designated confidential by Defendant Align Technology, Inc. ("Align"):

| Exhibit to the Summary Judgment Motion | Document | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Ex. 5 | Excerpts from MKT-0007522 Revision G Automated Notifications available with Invisalign Virtual Care AI-based Automatic Assessment Version 3.0 (Align-DM_0001533) | Align | This information has been designated as confidential by Align. |
| Ex. 6 | Excerpts from Align's Corrected Third Supplemental Objections and Responses to Dental Monitoring's First Set of Interrogatories (Nos. 1-11), served on November 13, 2023 | Align | This information has been designated as confidential by Align. |
| Ex. 7 | Excerpts from Memo (Align-DM_0000350) | Align | This information has been designated as confidential by Align. |
| Ex. 8 | Excerpts from Memo (Align-DM_0000044) | Align | This information has been designated as confidential by Align. |
| Ex. 10 | Excerpts from Mask RCNN Machine Learning (Align-DM_0014485) | Align | This information has been designated as confidential by Align. |
| Ex. 11 | Excerpts from Open Bite Machine Learning (Align-DM_0014492) | Align | This information has been designated as confidential by Align. |
| Ex. 12 | Excerpts from Expert Report of John T. Mongan, M.D., Ph.D., served on December 15, 2023 | Align | This information has been designated as confidential by Align. |
| Ex. 13 | Excerpts from Deposition of Christopher Cramer, Ph.D. (November 14, 2023) | Align | This information has been designated as |

| Exhibit to the Summary Judgment Motion | Document | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| | | | confidential by Align. |
| Ex. 14 | Excerpts from the Deposition of Elena Agilina, DMD (November 15, 2023) | Align | This information has been designated as confidential by Align. |
| Ex. 15 | Excerpts from Project Plan, Virtual Care AI Aligner Fit (Align-DM_0001585) | Align | This information has been designated as confidential by Align. |
| Ex. 16 | Excerpts from Posterior Visible Machine Learning (Align-DM_0014496) | Align | This information has been designated as confidential by Align. |
| Ex. 17 | Excerpts from Invisalign Clinical Monitoring Guide (Align-DM_0003813) | Align | This information has been designated as confidential by Align. |
| Ex. 18 | Excerpts from Expert Report of Dr. Budi Kusnoto, D.D.S., M.S., served on December 15, 2023 | Align | This information has been designated as confidential by Align. |
| Ex. 19 | Excerpts from Dataset Spreadsheet (Align-DM_0014621) | Align | This information has been designated as confidential by Align. |
| Ex. 20 | Excerpts from Invisalign Virtual Care AI Practice Implementation Guide (Align-DM_0003985) | Align | This information has been designated as confidential by Align. |
| Ex. 22 | Excerpts from 04: Invisalign® Virtual Care AI patient experience (Align-DM_0012283) | Align | This information has been designated as confidential by Align. |

The documents that DM asks the Court to seal include technical information that Align has designated as confidential. Jacobsen Decl. ¶¶ 8–9.

2
PLAINTIFF DENTAL MONITORING SAS'S MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIAL SHOULD BE SEALED IN PLAINTIFF'S OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND SUPPORTING EXHIBITS
CASE NO. 3:22-CV-07335-WHA

Gibson, Dunn & Crutcher LLP

Counsel for DM has reviewed and complied with Judge Alsup's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases, Judge Alsup's Order Approving Stipulated Protective Order (With Conditions) (Dkt. 65), and Civil Local Rule 79-5. *Id.* ¶¶ 3–5.

DM respectfully requests that the Court consider sealing the documents at issue as set forth in the table above.

Respectfully submitted,

DATED: January 4, 2024          GIBSON, DUNN & CRUTCHER LLP

By:     */s/ Charlotte Jacobsen*
        Charlotte Jacobsen

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
ANDREW ROBB (SBN 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

CHARLOTTE JACOBSEN (*pro hac vice*)
cjacobsen@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.3961
Facsimile:    212.716.0781

JAYSEN S. CHUNG (SBN 280708)
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Dental Monitoring SAS*