| | |
|---|---|
| JOSH A. KREVITT (SBN 208552)<br>jkrevitt@gibsondunn.com<br>ANDREW ROBB (SBN 291438)<br>arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>CHARLOTTE JACOBSEN (*pro hac vice*)<br>cjacobsen@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.3961<br>Facsimile: 212.716.0781<br><br>JAYSEN S. CHUNG (SBN 280708)<br>jschung@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Counsel Continue on Next Page*<br><br>*Attorneys for Plaintiff*<br>DENTAL MONITORING SAS | Renée E. Rothauge (SBA 271239)<br>RRothauge@perkinscoie.com<br>**PERKINS COIE LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>T: (415) 344-7000 / F: (415) 344-7050<br><br>Hari Santhanam (*pro hac vice*)<br>HSanthanam@perkinscoie.com<br>**PERKINS COIE LLP**<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>T: (312) 324-8400 / F: (312) 324-9400<br><br>John Gray (*pro hac vice*)<br>JHGray@perkinscoie.com<br>**PERKINS COIE LLP**<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>T: (602) 351-8000 / F: (602) 648-7000<br><br>Sarah Fowler (SBA 264838)<br>SFowler@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>T: (650) 838-4300 / F: (650) 838-4350<br><br>*Attorneys for Defendant*<br>ALIGN TECHNOLOGY, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Dental Monitoring SAS,<br><br>        Plaintiff,<br><br>  v.<br><br>Align Technology, Inc.,<br><br>        Defendant. | CASE NO. 3:22-cv-07335-WHA<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

Y. AUDREY YANG (*pro hac vice*)
ayang@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, TX 75201
Telephone:    214.698.3215
Facsimile:    214.571.2915

NOAHLANI LITWINSELLA (SBN 349942)
nlitwinsella@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St., Suite 4200
Denver, CO 80202
Telephone:    303.298.5715
Facsimile:    303.313.2885

Pursuant to Patent L.R. 4-3, plaintiff Dental Monitoring SAS ("Dental Monitoring") and defendant Align Technology, Inc. ("Align") (each a "Party", and collectively, the "Parties") jointly submit this Joint Claim Construction and Prehearing Statement regarding Dental Monitoring's U.S. Patent No. 11,049,248 (the "'248 patent") and U.S. Patent No. 10,755,409 (the "'409 patent").

## I. Proposed Claim Constructions and Supporting Evidence

Pursuant to Patent L.R. 4-2(c), the Parties have met and conferred regarding the submission of this Joint Claim Construction and Prehearing Statement.

### A. Construction of Terms on Which the Parties Agree

Pursuant to Patent L.R. 4-3(a), the Parties identify the following term and corresponding construction on which the Parties agree:

| | |
|---|---|
| ***"probability"***<br>('248 patent, claims 7, 14; '409 patent, claim 7) | "a value that represents a likelihood" |

### B. Proposed Constructions of Disputed Terms

Pursuant to Patent L.R. 4-3(b), the Parties attach Exhibit A, which sets forth each Party's proposed construction of each disputed term and identifies any intrinsic and/or extrinsic evidence known to each Party, respectively, on which the Party intends to rely.

The Parties have already addressed certain disputed terms in their summary judgment briefing for the Patent Showdown. Dkt. 100-2; 104. In the interests of judicial efficiency and to preserve the resources of the Parties, the Parties rely on their summary judgment briefing for the Patent Showdown as to the following claim terms: (i) "learning base" ('409 patent, claim 1; '248 patent, claim 1); (ii) "creation of a learning base" ('409 patent, claim 7; '248 patent, claims 7 and 14); (iii) "training" ('409 patent, claim 7; '248 patent, claims 7, 14); (iv) "trained" ('409 patent, claim 1; '248 patent, claim 1); and (v) "assessing the shape of an orthodontic aligner" ('248 patent, claim 1).

### C. Identification of Significant Terms

Pursuant to Patent L.R. 4-3(c) and the Court's Notice and Order Re Procedure for Patent Cases (Dkt. 16), Dental Monitoring identifies the terms that the Parties have briefed as part of the Patent Showdown summary judgment motions as most significant to resolution of the case. Dental Monitoring does not believe any other terms require construction; all remaining terms were identified by Align for construction.

Align does not believe the construction of any particular term is dispositive but would prioritize the terms the Parties have briefed as part of their showdown summary judgment motions.

## II. Anticipated Length of Time for Claim Construction Hearing

The Parties understand the Court ordinarily does not conduct technology tutorials or claim construction hearings independent of motions for summary judgment. *See* Dkt. 16 (Notice and Order Re Procedure for Patent Cases) at 3-4. If the Court is inclined to conduct a tutorial and *Markman* hearing for the '248 and '409 patents, the Parties respectively request three (3) hours, with time split evenly between the sides. Each side may choose to devote part of their allotted time to a tutorial.

## III. Witnesses

The Parties do not anticipate the need to call any witnesses at the Claim Construction Hearing.

## IV. Factual Findings

The Parties do not request any factual findings related to claim construction from the Court.

Dated:   February 12, 2024                     Respectfully submitted,

| /s/ Charlotte Jacobsen | /s/ Hari Santhanam |
|---|---|
| JOSH A. KREVITT (SBN 208552)<br>  jkrevitt@gibsondunn.com<br>ANDREW ROBB (SBN 291438)<br>  arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>CHARLOTTE JACOBSEN (*pro hac vice*)<br>  cjacobsen@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.3961<br>Facsimile: 212.716.0781<br><br>JAYSEN S. CHUNG (SBN 280708)<br>  jschung@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Y. AUDREY YANG (*pro hac vice*)<br>ayang@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Telephone:    214.698.3215<br>Facsimile:      214.571.2915<br><br>NOAHLANI LITWINSELLA (SBN 349942)<br>nlitwinsella@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1801 California St., Suite 4200<br>Denver, CO 80202<br>Telephone: 303.298.5715<br>Facsimile: 303.313.2885<br><br>*Attorneys for Plaintiff*<br>DENTAL MONITORING SAS | Renée E. Rothauge (SBA 271239)<br>RRothauge@perkinscoie.com<br>**PERKINS COIE LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>T: (415) 344-7000 / F: (415) 344-7050<br><br>Hari Santhanam (*pro hac vice*)<br>HSanthanam@perkinscoie.com<br>**PERKINS COIE LLP**<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>T: (312) 324-8400 / F: (312) 324-9400<br><br>John Gray (*pro hac vice*)<br>JHGray@perkinscoie.com<br>**PERKINS COIE LLP**<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>T: (602) 351-8000 / F: (602) 648-7000<br><br>Sarah Fowler (SBA 264838)<br>SFowler@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>T: (650) 838-4300 / F: (650) 838-4350<br><br>*Attorneys for Defendant*<br>ALIGN TECHNOLOGY, INC. |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories to this document concur in its filing.

*/s/ Charlotte Jacobsen*
Charlotte Jacobsen